**DENNISON MANUFACTURING COMPANY,
a Corporation, Appellant, v. HANDY–ROLL
COMPANY, a Corporation, Appellee.**

**No. 7815.**

Circuit Court of Appeals, Ninth Circuit.
March 27, 1935.

Chas. M. Fryer and Alfred C. Aurich,
both of San Francisco, Cal., for appellant.

John H. Miller, A. W. Boyken, and Car-
roll A. Gordon, all of San Francisco, Cal.,
for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for the respective parties, and good cause therefor appearing, it is ordered that the appeal in this cause be, and hereby is, dismissed, without costs to either party.